PROB 12B
(12/00)

# United States District Court
**for**
The District of Rhode Island

## Request for Hearing to Modify the Conditions of Supervision

**Name of Offender:** Rasheed Sam **Case Number:** 1:03CR00014-01ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** September 19, 2003

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** 37 months incarceration, 3 years supervised release with the following special conditions: the defendant shall participate in a drug treatment program, to include periodic testing, as approved by the U.S. Probation Office; the defendant shall continue to participate in a mental health program, as approved by the U.S. Probation Office; and a $100 Special Assessment

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 4, 2005

---

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall take medications as prescribed by a mental health provider approved by the Probation Office.**

### CAUSE

Since November 14, 2005, Mr. Sam has been receiving mental health treatment at Gateway Healthcare, Inc. with Robert Marshall, LICSW. His attending psychiatrist has been Stephen Chabot, MD.

On October 2, 2006, the Probation Office was notified by Gateway Healthcare that their agency would no longer be able to provide services, including psychotherapy and medication monitoring. Mr. Sam was no longer willing to take his anti-psychotic medication.

PROB 12B
(12/00)

On October 3, 2006, the Probation Office spoke with Mr. Sam's clinician, Robert Marshall, ACSW, LICSW, LCDS, CCJP, to obtain further explanation. Mr. Marshal advised Mr. Sam had been decreasing his medication on his own and is exhibiting all of the symptoms of schizophrenia. Further, he is refusing treatment and will not concede that he has mental illness. The Probation Office requested that Mr. Marshall obtain a detailed letter from Dr. Chabot with the description of Mr. Sam's symptoms, a diagnosis, and the recommendation that Mr. Sam take his prescribed medication.

On October 18, 2006, the Probation Office received the letter from Stephen L. Chabot, MD, Medical Director of Gateway Healthcare, indicating that Mr. Sam "has little understanding of his illness and I feel quite certain that left to his own devices, he will go off his medication and a full-blown decompensation will ensue." Dr. Chabot indicated that a compliance order will be needed to force Mr. Sam to take his medications on a regular basis and hopefully prevent a full-blown relapse of his condition.

The Probation Office met with Mr. Sam and his mother on October 23, 2006, to discuss a waiver to modify his conditions to include that the defendant shall take medications as prescribed by a mental health provider approved by the Probation Office. At that time, Mr. Sam advised that he is taking a decreased dose of his medications. Further, his mother advised that she has been monitoring his dose based on the behaviors that he exhibits. Mr. Sam declined to sign the waiver which would permit the modification of his conditions of supervision without a hearing. It is, therefore, respectfully requested that a hearing be held before this Court in order to address the Probation Office's position for the above-mentioned special condition.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 10/24/06

**Respectfully Submitted by:**

Kathleen M. Hopkins

**Kathleen M. Hopkins**
**U.S. Probation Officer**

Date: 10/24/06

## The Court Orders

- ☐ No Action
- ☑ A Hearing

Mary M. Lisi
Honorable Mary M. Lisi
U.S. District Judge

10/25/06
Date