**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 03-14-01ML** |
| | ) | |
| **RASHEED SAM** | ) | |

**MOTION TO CONTINUE HEARING TO**
**MODIFY CONDITIONS OF SUPERVISED RELEASE**

Now comes the defendant Rasheed Sam and moves this Honorable Court to continue the hearing in this matter presently scheduled for November 1, 2006 at 10:00 a.m. Mr. Sam presently has a hearing for his appeal to determine his eligibility for medical benefits scheduled with the Department of Human Services on November 1, 2006 at 11:00 a.m. in Pawtucket, Rhode Island. A 10:00 a.m. hearing in Federal Court would cause Mr. Sam to miss his eligibility hearing.

Wherefore, the defendant respectfully requests that the hearing in this matter be continued to a date that is convenient with the Court's schedule.

Respectfully submitted
Rasheed Sam
By his attorney,

Granted.
Mary M. Lisi
USDJ
10/31/06

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
(401) 538-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within motion on Peter Neronha, AUSA and hand-delivered to Kate Hopkins, USPO on the 31st day of October, 2006.

/s/ Mary S. McElroy